**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

K. A. P.L.

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:26–cv–02477
　　　　　　　　　　　　　　　　　　　Honorable Georgia N. Alexakis

Angie Salazar

　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

　　　　MINUTE entry before the Honorable Georgia N. Alexakis: Telephonic status hearing held. The parties updated the Court on the status of the case and answered questions that the Court posed in light of the parties' recent filings. Petitioner's petition [1] remains under advisement. The Court intends to rule at 9 a.m. on 3/19/2026. If Petitioner is released to his sponsor before then, the parties are directed to notify the Court via a joint email to the interim Courtroom Deputy, followed by the filing of a status report on the docket. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.